**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Mario Sava, et al.

                      Plaintiff,

v.                                                        Case No.: 1:22−cv−06083
                                                        Honorable Joan H. Lefkow

21st Century Spirits, LLC, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 10, 2024:

      MINUTE entry before the Honorable Joan H. Lefkow: Joint motion to stay [119] is granted. The schedule set in this case on 5/31/2024 [111] is stayed through 8/8/2024 to allow the parties to engage in settlement negotiations. All due dates are extended accordingly. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.