UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Mario Sava, et al.
                                       Plaintiff,

v.                                                           Case No.: 1:22−cv−06083
                                                            Honorable Joan H. Lefkow

21st Century Spirits, LLC, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 9, 2024:

        MINUTE entry before the Honorable Sheila M. Finnegan. Motion hearing held (by telephone) on 8/9/2024 as to Plaintiffs' Motion for a Limited Continuation of the Stay of Proceedings in Order to Conduct a Pre−Trial Settlement Conference with Magistrate Judge Finnegan [122]. For reasons stated on the record, the motion is denied. The parties are to confer about next steps in the litigation and may contact the courtroom deputy at any time to request available dates for a settlement conference. The telephone status set on 8/14/2024 at 9:30 a.m. to remain. The toll−free number for the hearing is 877−336−1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.