UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Mario Sava, et al.
                                    Plaintiff,
v.                                                      Case No.: 1:22−cv−06083
                                                        Honorable Joan H. Lefkow
21st Century Spirits, LLC, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 14, 2024:

    MINUTE entry before the Honorable Sheila M. Finnegan. Magistrate Judge telephone status hearing held on 8/14/2024 and continued to 9/19/2024 at 1:30 p.m. The parties agree to hold today's hearing off−record as the Court's audio recording system was not functioning properly and no court reporter was available. While the parties conferred prior to the hearing, they were unable to reach any agreement and will proceed with discovery. By agreement and given the expiration of the stay, the 5/31/2024 scheduling order [111] is extended as follows: Non expert fact discovery to be completed by 10/22/2024; Parties are to file all motions regarding disputes over the parties' written discovery responses by 9/5/2024, and all other motions regarding disputed issues arising from non−expert fact discovery by 9/23/2024. Plaintiffs' Trial Expert designations (and Rule 26(a)(2) disclosures) due by 11/25/2024, and experts to be deposed by 12/26/2024; Defendants' Trial Expert designations (and Rule 26(a)(2) disclosures) due by 1/13/2025, and experts to be deposed by 2/12/2025. Subject to the district judge setting other dates, Plaintiffs' Motion for Class Certification is due by 2/25/2025; Daubert Motions are due within 30 days after the deposition of the expert at issue; Dispositive Motions are due within 45 days following the Court's written ruling on Plaintiffs' Motion for Class Certification. The toll−free number for the hearing is 877−336−1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.