**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mario Sava, et al.
                                       Plaintiff,

v.                                                           Case No.: 1:22−cv−06083
                                                                             Honorable Joan H. Lefkow

21st Century Spirits, LLC, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

         MINUTE entry before the Honorable Joan H. Lefkow: Motion to strike [134] affirmative defenses is granted. Defendants are given until 9/10/2024 to file properly pleaded affirmative defenses. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.