## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Mario Sava, et al.

                        Plaintiff,

v.                                                   Case No.: 1:22−cv−06083
                                                        Honorable Joan H. Lefkow

21st Century Spirits, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Plaintiffs' motion for reconsideration [175] of the Court's October 31, 2024 order granting in part and denying in part Plaintiff's motion for entry of amended scheduling order is taken under advisement. Defendants' response is due by 11/27/2024, and any reply is due by 12/4/2024. Motion and status hearing is set for 12/11/2024 at 9:30 a.m. in courtroom 2214. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.