# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Mario Sava, et al.

                                Plaintiff,

v.                                                                           Case No.: 1:22−cv−06083

                                                                                            Honorable Joan H. Lefkow

21st Century Spirits, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

       MINUTE entry before the Honorable Laura K. McNally. Plaintiffs' Motion for Reconsideration Regarding Order on Motion for Extension of Time to Complete Discovery [175] is denied. In this motion, plaintiffs raise arguments arising from (1) statements made during Mr. Gibson's 10/8/24 deposition and (2) the amount of time between Defendants' service of affirmative defenses on 9/20/24 and the close of fact discovery. Both of these arguments were available to Plaintiffs when they filed their original Motion for Extension of Time [172] on 10/22/24. Plaintiffs may not have had the deposition transcript at that time, but they were aware of what Mr. Gibson had said at his deposition, and they indeed made representations regarding some aspects of his testimony in the original motion. Because the grounds raised in the present motion for reconsideration could have been raised in the original motion, Plaintiffs' motion for reconsideration is denied. Fact discovery is now closed. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.