**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Mario Sava, et al.
                                        Plaintiff,

v.                                                          Case No.: 1:22−cv−06083
                                                                   Honorable Joan H. Lefkow

21st Century Spirits, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Joan H. Lefkow: Joint motion to stay [184] is granted. Litigation is stayed pending the settlement conference. The status hearing set for 1/15/2025 is stricken and reset to 3/19/2025 at 9:45 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.