UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO SAVA, et al., ) | Case No.: 1:22-cv-06083 |
| ) | |
| Plaintiffs, ) | Honorable District Judge Joan H. Lefkow |
| ) | |
| v. ) | |
| ) | |
| 21st CENTURY SPIRITS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: April 16, 2025                                          Respectfully Submitted,

/s/Keith L. Gibson                                              /s/Anthony J. Calamunci
**Keith L. Gibson, Esq.**                              **Anthony J. Calamunci, Esq.**
586 Duane Street, Suite 102                         203 North LaSalle St., Suite 2100
Glen Ellyn IL 60137                                        Chicago IL 60601
Telephone: (630) 677-6745                          Tel: (567) 455-5257
Email: keith@keithgibsonlaw.com              anthony.calamunci@fisherbroyles.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2025, the foregoing was electronically served on all counsel of record in this case, as listed below.

Anthony J. Calamunci, Esq.
Fisher Broyles LLP
Direct: (567) 455-5257
Mobile: (419) 376-1776
anthony.calamunci@fisherbroyles.com

                                            /s/Keith L. Gibson